**Order entered February 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00333-CR

**JOSHUA RAY ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071639**

## ORDER

Before the Court is appellant's February 16, 2022 motion for an extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the reply brief received on February 14, 2022 filed as of the date of this order. This case is at issue and will be submitted in due course.

/s/    ERIN A. NOWELL
         JUSTICE